AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Betti Abrecht and William Abrecht | |
|---|---|
| *Plaintiffs* | |
| v. | Civil Action No.    5:17-02115-JMC |
| LM Insurance Corporation | |
| *Defendant* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the parties shall comply with the Agreement and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having granted the defendant's motion to enforce settlement.

Date:  September 4, 2019                                                           *CLERK OF COURT*

                                                                                                s/Angie Snipes
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*